Donald Lee HINTON, Plaintiff-Appellant,

v.

Officer ANDERSON; c/o Mullen; Sgt. Profit, Defendants-Appellees,

and

Nurse O'conner; Nurse Malingalin; Nurse Sheybani; Officer Wad; Sgt. Sizemore; Pocahontas Correctional Center; c/o Buckles; Nurse Headly;

Commonwealth of Virginia; Officer C. Alford; c/o Hasting; Sgt. Cabwell; c/o Howard; Nurse Lockhart; Sergeant Neal; Nurse Strawberry; Sergeant Thornton; Lieutenant Watts; Psychologist Bland; Hearings Officer J. Brandy; Nurse Booth; Head Nurse Sue Yates, Defendants.

No. 16-6934

United States Court of Appeals, Fourth Circuit.

Submitted: November 14, 2016

Decided: December 13, 2016

Donald Lee Hinton, Appellant Pro Se. Nancy Hull Davidson, John Michael Parsons, Assistant Attorneys General, Richmond, Virginia, for Appellees.

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Lee Hinton appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hinton v. Anderson, No. 7:14-cv-00197-MFU-RSB (W.D. Va. May 27 & June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED